UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAVIA PARROTT, | |
| Plaintiff, | Case No. 1:19-cv-05706 |
| v. | |
| REGIONAL ACCEPTANCE CORPORATION, | Honorable Judge Edmond E. Chang |
| Defendant. | |

## JOINT INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, the parties

submit the following Joint Initial Status Report.

1.      **Nature of the Case**

A.      **Parties:**

| | |
|---|---|
| **Marwan R. Daher** | Alan D. Wingfield |
| **Omar T. Sulaiman** | Virginia Bell Flynn |
| **Alexander J. Taylor** | Troutman Sanders LLP |
| Sulaiman Law Group, Ltd. | 1001 Haxall Point |
| 2500 South Highland Avenue | Richmond, VA 23219 |
| Suite 200 | Telephone: (804) 697-1350 |
| Lombard, IL 60148 | Facsimile: (804) 698-5172 |
| (630) 575-8181 | alan.wingfield@troutman.com |
| mdaher@sulaimanlaw.com | virginia.flynn@troutman.com |
| osulaiman@sulaimanlaw.com | *Counsel for Defendant* |
| ataylor@sulaimanlaw.com | |
| *Counsel for Plaintiff* | |

B.      **Federal Jurisdiction:** Federal question jurisdiction is based on the Telephone

Consumer Protection Act ("TCPA") pursuant to 47 U.S.C. §227.

C.      **Claims Asserted:** Plaintiff brings this action for alleged violations of the TCPA

arising from Defendant's alleged debt collection calls to Plaintiff's cellular phone without her prior

1

consent, using an Automated Telephone Dialing System ("ATDS") as the term is defined under the TCPA.

      **D.**      **Major legal and factual issues:** Plaintiff's claims are founded upon the alleged improper debt collection activities relating to the collection of a defaulted auto loan. The major actual and legal issues will be whether Defendant's alleged conduct in attempting to collect this consumer debt by placing incessant phone calls to Plaintiff's cellular phone number without her prior consent violates the TCPA.

      **E.**      **Relief Sought:** Plaintiff seeks statutory damages of up to $1,500.00 per call under the TCPA, 47 U.S.C. § 227(b)(3)(C).

**2.**      **Pending Motions and Case Plan**

      **A.**      **Service of Process:** Defendant has been served.

      **B.**      **Pending Motions:** No pending motions at this time.

      **C.**      **Mandatory Initial Discovery Pilot Project:**

        i.      **Type of Discovery Needed:** The parties anticipate both written and oral discovery.

        ii.      **Due Dates for MID Pilot:** Plaintiff and Defendant state that, pursuant to Section A4 of the Standing Order, they agree to defer each of their Mandatory Initial Discovery responses for 30 days and certify that they are currently seeking to settle the case between Plaintiff and Defendant in good faith.

        iii.      **Discussions regarding MID Pilot:** The parties have reviewed the MID Pilot and have agreed to the discovery dates and limitations noted herein. To date, there are not any unresolved matters.

        iv.      **Written Discovery:** Written discovery issued by November 8, 2019.

        v.      **Fact Discovery:** Fact Discovery to be completed by March 13, 2020.

      vi.    **Expert Discovery:** The parties do not anticipate expert discovery at this time.

The parties request a status conference at or near the close of fact discovery to

inform the court whether expert discovery will be needed.

      vii.    **Dispositive Motions:** Parties shall file dispositive motions by May 8, 2020.

**3.**    **Magistrate Judge:**

    **A.**    The parties do not unanimously consent to proceed before a Magistrate Judge.

**4.**    **Settlement Discussions:**

The parties are currently engaged in good faith settlement discussions to resolve the matter

and do not request a settlement conference at this time.

Dated: October 3, 2019

Tavia Parrott

By: /s/ **Alexander J. Taylor**
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard,IL
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

Regional Acceptance Corporation

By: /s/ **Alan D. Wingfield**
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Phone: (804) 697-1350
alan.wingfield@troutman.com